**Electronically Filed**
**Supreme Court**
**SCPW-12-0000577**
**29-JUN-2012**
**10:19 AM**

NO. SCPW-12-0000577

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KENNEDY MAGNO, Petitioner,

vs.

CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAI'I,
Respondent.

---

ORIGINAL PROCEEDING
(Cr. Nos. 11-1-0349, 11-1-0429, 11-1-0644)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Chang, assigned by reason of vacancy)

Upon consideration of petitioner Kennedy Magno's petition for a writ of mandamus, it appears that petitioner fails to demonstrate a clear and indisputable right to relief. Therefore, petitioner is not entitled to mandamus relief. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.). Accordingly,

IT IS HEREBY ORDERED that the clerk of appellate court shall process the petition for writ mandamus without payment of

the filing fee.

IT IS FURTHER ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, June 29, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W. B. Chang